Doe v. Myspace, Inc. et al                                                                  Doc. 3

FILED

DEC 1 3 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

A06CA983 SS

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE, Individually and
As Next Friend of JULIE DCE, a minor,

     Plaintiffs,

v.

MYSPACE, INC., and
NEWS CORPORATION,

     Defendants.

---

No. 06-cv-7880 (MGC/AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/06

## NOTICE OF MOTION TO TRANSFER

PLEASE TAKE NOTICE THAT Defendant News Corporation by its attorneys, Vinson

& Elkins L.L.P., will join in the motion of Defendant MySpace, Inc. pursuant to 28 U.S.C.

§ 1404(a), on the accompanying Memorandum of Law, before the Honorable Miriam Goldman

Cedarbaum, United States District Judge, United States District Court, Southern District of New

York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1330

(Courtroom 14A), City of New York, on the 30th day of November, 2006, at 9:30 a.m., or as

soon thereafter as counsel can be heard, for an order transferring this case to the United States

District Court for the Western District of Texas, Austin Division.

*For oral opinion, see record of proceedings;*
*Motion granted! The Clerk is directed to transmit*
*all papers in this action to the United States*
*District Court for the Western District of Texas,*
*Austin Division.*
*So ordered.*

*S/*

*United States District Court*

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
     DEPUTY CLERK

Dockets.Justia.com

**A06CA983 SS**

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-07880-MGC
### Internal Use Only

Jane Doe v. MySpace, Inc. et al
Assigned to: Judge Miriam Goldman Cedarbaum
Case in other court: State Court-Supreme, 21278-06
Cause: 28:1332 Diversity: Notice of Removal

Date Filed: 09/29/2006
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Jane Doe**
*Individually and as Next Friend of Julie Doe, a minor*

represented by **Douglas Holden Wigdor**
Thompson Wigdor and Gilly
350 Fifth Avenue
NY, NY 10118
212-239-9292
Fax: 212-239-9001
Email: dwigdor@twglawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason A. Itkin**
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002
(713) 222-3800
Fax: (713) 222-3850
Email: jitkin@arnolditkin.com
*ATTORNEY TO BE NOTICED*

**Kurt B. Arnold**
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002
(713) 222-3800
Fax: (713) 222-3850
Email: karnold@arnolditkin.com
*ATTORNEY TO BE NOTICED*


A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY
DEPUTY CLERK

V.

**Defendant**

**MySpace, Inc.**

represented by **Christopher V. Popov**
The Terrace 7

2801 Via Fortuna
Suite 100
Austin, TX 78746
US
(512) 542-8549
Fax: (512) 236-3410
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clifford Louis Thau**
Vinson & Elkins L.L.P.
666 Fifth Avenue
26th Floor
New York 10103
(212) 237-0000
Fax: (212) 237-0100
Email: cthau@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hilary Lovett Preston**
Vinson & Elkins L.L.P.
666 Fifth Avenue
26th Floor
New York 10103
(212) 237-0066
Fax: (917) 849-5387
Email: hpreston@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Marin**
The Terrace 7
2801 Via Fortuna
Suite 100
Austin, TX 78746
US
(512) 542-8549
Fax: (512) 236-3410
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Leslie Oran, Jr**
Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103
(212) 237-0067
Fax: (917) 849-5365
Email: roran@velaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Denmon Gusky**
The Terrace 7
2801 Via Fortuna
Suite 100
Austin, TX 78746
US
(512) 542-3549
Fax: (512) 236-3410
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**News Corporation**                    represented by **Christopher V. Popov**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael Marin**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Susan Denmon Gusky**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Ronald Leslie Oran, Jr**
                                           Vinson & Elkins, (NY)
                                           666 Fifth Avenue, 26th Flr
                                           New York, NY 10103
                                           (212)-237-0067
                                           Fax: (917)-849-5365
                                           Email: roran@velaw.com
                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2006 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Bronx. Case Number: 21278-06. (Filing Fee $ 350.00, Receipt Number 592398).Document filed by MySpace, Inc.(mbe, ) (Entered: 10/11/2006) |
| 09/29/2006 |  | Magistrate Judge Andrew J. Peck is so designated. (mbe, ) (Entered: 10/11/2006) |
| 09/29/2006 |  | Case Designated ECF. (mbe, ) (Entered: 10/11/2006) |

| 09/29/2006 | ❷2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by MySpace, Inc.(mbe, ) (Entered: 10/11/2006) |
|---|---|---|
| 10/02/2006 | ❸3 | NOTICE of of Supplemental Notice of Removal. Document filed by MySpace, Inc. (mbe, ) Modified on 10/11/2006 (kkc, ). (Entered: 10/11/2006) |
| 10/13/2006 | ❹4 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Dismiss. Document filed by MySpace, Inc. Responses due by 11/1/2006 Return Date set for 11/9/2006 09:30 AM. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss# 2 Affidavit of Matthew Polesetsky# 3 Affidavit of Clifford Thau# 4 Thau Affidavit Exhibit A# 5 Thau Affidavit Exhibit B# 6 Thau Affidavit Exhibit C# 7 Thau Affidavit Exhibit D# 8 Thau Affidavit Exhibit E# 9 Thau Affidavit Exhibit F# 10 Thau Affidavit Exhibit G# 11 Thau Affidavit Exhibit H# 12 Thau Affidavit Exhibit I# 13 Thau Affidavit Exhibit J)(Oran, Ronald) Modified on 10/16/2006 (kg). (Entered: 10/13/2006) |
| 10/13/2006 | ❺5 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Transfer Case. Document filed by MySpace, Inc.. Return Date set for 11/9/2006 09:30 AM. (Attachments: # 1 Memorandum of Law in Support of Motion to Transfer# 2 Affidavit of Matthew Polesetsky# 3 Affidavit of Clifford Thau# 4 Thau Affidavit Exhibit A# 5 Thau Affidavit Exhibit B# 6 Thau Affidavit Exhibit C# 7 Thau Affidavit Exhibit D# 8 Thau Affidavit Exhibit E# 9 Thau Affidavit Exhibit F# 10 Thau Affidavit Exhibit G)(Oran, Ronald) Modified on 10/16/2006 (kg). (Entered: 10/13/2006) |
| 10/13/2006 | | ***Motion(s) terminated: 4 MOTION to Dismiss filed by MySpace, Inc., 5 MOTION to Transfer Case filed by MySpace, Inc. (kg) (Entered: 10/16/2006) |
| 10/16/2006 | ❶ | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ronald Oran to RE-FILE Document 4 MOTION to Dismiss. ERROR(S): Filing Error of attachments. Supporting Documents must be filed individually. Event Codes located under Responses and Replies. (kg) (Entered: 10/16/2006) |
| 10/16/2006 | ❶ | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ronald Oran to RE-FILE Document 5 MOTION to Transfer Case.. ERROR(S): Filing Error of Attachments. Supporting Documents must be filed individually. Event Codes located under Responses and Replies. (kg) (Entered: 10/16/2006) |
| 10/16/2006 | ❻6 | MOTION to Dismiss. Document filed by MySpace, Inc.. Responses due by 11/1/2006 Return Date set for 11/9/2006 09:30 AM. (Oran, Ronald) (Entered: 10/16/2006) |
| 10/16/2006 | ❼7 | MEMORANDUM OF LAW in Support re: 4 MOTION to Dismiss.., 6 MOTION to Dismiss.. Document filed by MySpace, Inc.. (Attachments: # 1 Affidavit Matthew Polesetsky# 2 Affidavit Clifford Thau# 3 Thau Affidavit Exhibit A# 4 Thau Affidavit Exhibit B# 5 Thau Affidavit Exhibit C# 6 Thau Affidavit Exhibit D# 7 Thau Affidavit Exhibit E# 8 |

| | | |
|---|---|---|
| | | Thau Affidavit Exhibit F# 9 Thau Affidavit Exhibit G# 10 Thau Affidavit Exhibit H# 11 Thau Affidavit Exhibit I# 12 Thau Affidavit Exhibit J)(Oran, Ronald) (Entered: 10/16/2006) |
| 10/16/2006 | 8 | MOTION to Transfer Case. Document filed by MySpace, Inc.. Return Date set for 11/9/2006 09:30 AM. (Oran, Ronald) (Entered: 10/16/2006) |
| 10/16/2006 | 9 | MEMORANDUM OF LAW in Support re: 5 MOTION to Transfer Case., 8 MOTION to Transfer Case.. Document filed by MySpace, Inc.. (Attachments: # 1 Affidavit Matthew Polesetsky# 2 Affidavit Clifford Thau# 3 Thau Affidavit Exhibit A# 4 Thau Affidavit Exhibit B# 5 Thau Affidavit Exhibit C# 6 Thau Affidavit Exhibit D# 7 Thau Affidavit Exhibit E# 8 Thau Affidavit Exhibit F# 9 Thau Affidavit Exhibit G)(Oran, Ronald) (Entered: 10/16/2006) |
| 11/06/2006 | 10 | NOTICE OF APPEARANCE by Douglas Holden Wigdor on behalf of Jane Doe (Wigdor, Douglas) (Entered: 11/06/2006) |
| 11/06/2006 | 11 | RESPONSE in Opposition re: 8 MOTION to Transfer Case.. Document filed by Jane Doe. (Wigdor, Douglas) (Entered: 11/06/2006) |
| 11/06/2006 | 12 | MEMORANDUM OF LAW in Opposition re: 8 MOTION to Transfer Case.. Document filed by Jane Doe. (Wigdor, Douglas) (Entered: 11/06/2006) |
| 11/06/2006 | 13 | RESPONSE in Opposition re: 6 MOTION to Dismiss.. Document filed by Jane Doe. (Wigdor, Douglas) (Entered: 11/06/2006) |
| 11/06/2006 | 14 | MEMORANDUM OF LAW in Opposition re: 6 MOTION to Dismiss.. Document filed by Jane Doe. (Wigdor, Douglas) (Entered: 11/06/2006) |
| 11/08/2006 | 15 | MOTION to Dismiss. Document filed by News Corporation. Responses due by 11/22/2006 Return Date set for 11/30/2006 09:30 AM. (Oran, Ronald) (Entered: 11/08/2006) |
| 11/08/2006 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Dismiss.. Document filed by News Corporation. (Oran, Ronald) (Entered: 11/08/2006) |
| 11/08/2006 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by News Corporation.(Oran, Ronald) (Entered: 11/08/2006) |
| 11/08/2006 | 18 | MOTION to Transfer Case. Document filed by News Corporation. Return Date set for 11/30/2006 09:30 AM. (Oran, Ronald) (Entered: 11/08/2006) |
| 11/08/2006 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Transfer Case.. Document filed by News Corporation. (Oran, Ronald) (Entered: 11/08/2006) |
| 11/13/2006 | 20 | REPLY MEMORANDUM OF LAW in Support re: 6 MOTION to Dismiss.. Document filed by MySpace, Inc.. (Oran, Ronald) (Entered: 11/13/2006) |

| 11/13/2006 | ●21 | MEMORANDUM OF LAW in Support re: 8 MOTION to Transfer Case.. Document filed by MySpace, Inc.. (Oran, Ronald) (Entered: 11/13/2006) |
|---|---|---|
| 11/22/2006 | ●22 | AFFIDAVIT OF SERVICE. News Corporation served on 10/24/2006, answer due 11/13/2006. Service was accepted by S. Cook. Document filed by Jane Doe. (Wigdor, Douglas) (Entered: 11/22/2006) |
| 11/27/2006 | ●26 | MOTION for Christopher V. Popov to Appear Pro Hac Vice. Document filed by News Corporation, MySpace, Inc. (jco, ) (Entered: 11/30/2006) |
| 11/27/2006 | ● | CASHIERS OFFICE REMARK on 26 Motion to Appear Pro Hac Vice in the amount of $25, paid on 11/27/06, Receipt Number 597942. (jco, ) (Entered: 11/30/2006) |
| 11/27/2006 | ●27 | MOTION for Susan Denmon Gusky to Appear Pro Hac Vice. Document filed by MySpace, Inc. and News Corporation. (jco, ) (Entered: 11/30/2006) |
| 11/27/2006 | ● | CASHIERS OFFICE REMARK on 27 Motion to Appear Pro Hac Vice in the amount of $25, paid on 11/27/06, Receipt Number 597942. (jco, ) (Entered: 11/30/2006) |
| 11/27/2006 | ●28 | MOTION for Michael D. Marin to Appear Pro Hac Vice. Document filed by News Corporation, MySpace, Inc. (jco, ) (Entered: 11/30/2006) |
| 11/27/2006 | ● | CASHIERS OFFICE REMARK on 28 Motion to Appear Pro Hac Vice in the amount of $25, paid on 11/27/06, Receipt Number 597942. (jco, ) (Entered: 11/30/2006) |
| 11/27/2006 | | ***Motion(s) terminated: 26 MOTION for Christopher V. Popov to Appear Pro Hac Vice filed by News Corporation, MySpace, Inc., 27 MOTION for Susan Denmon Gusky to Appear Pro Hac Vice filed by News Corporation, MySpace, Inc.,28 MOTION for Michael D. Marin to Appear Pro Hac Vice. filed by News Corporation, MySpace, Inc. (jco, ) (Entered: 11/30/2006) |
| 11/28/2006 | ●23 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Susan Denmon Gusky for News Corporation and MySpace, Inc. admitted Pro Hac Vice. (Signed by Judge Miriam Goldman Cedarbaum on 11/28/06) (dle, ) Modified on 11/29/2006 (dle, ). (Entered: 11/29/2006) |
| 11/28/2006 | ● | Transmission to Attorney Admissions Clerk. Transmitted re: 23 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (dle, ) (Entered: 11/29/2006) |
| 11/28/2006 | ●24 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Michael Marin for News Corporation and MySpace, Inc. admitted Pro Hac Vice. (Signed by Judge Miriam Goldman Cedarbaum on 11/28/06) (dle, ) (Entered: 11/29/2006) |
| 11/28/2006 | ● | Transmission to Attorney Admissions Clerk. Transmitted re: 24 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (dle, ) (Entered: 11/29/2006) |

| | | |
|---|---|---|
| 11/28/2006 | ●25 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Christopher V. Popov for News Corporation and MySpace, Inc. admitted Pro Hac Vice. (Signed by Judge Miriam Goldman Cedarbaum on 11/28/06) (dle, ) (Entered: 11/29/2006) |
| 11/28/2006 | ● | Transmission to Attorney Admissions Clerk. Transmitted re: 25 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (dle, ) (Entered: 11/29/2006) |
| 11/29/2006 | ●29 | MOTION for Kurt Brynilde Arnold to Appear Pro Hac Vice. Document filed by Jane Doe. (jco, ) (Entered: 12/01/2006) |
| 11/29/2006 | ● | CASHIERS OFFICE REMARK on 29 Motion to Appear Pro Hac Vice in the amount of $25, paid on 11/29/06, Receipt Number 598255. (jco, ) (Entered: 12/01/2006) |
| 11/29/2006 | ●30 | MOTION for Jason Aron Itkin to Appear Pro Hac Vice. Document filed by Jane Doe. (jco, ) (Entered: 12/01/2006) |
| 11/29/2006 | ● | CASHIERS OFFICE REMARK on 30 Motion to Appear Pro Hac Vice in the amount of $25, paid on 11/29/06, Receipt Number 598255. (jco, ) (Entered: 12/01/2006) |
| 11/30/2006 | ●34 | MEMO ENDORSEMENT on re: 6MOTION to Dismiss. filed by MySpace, Inc.; ENDORSEMENT; that in view of the grant of the motions to transfer, I do not reach this motion. (Signed by Judge Miriam Goldman Cedarbaum on 11/30/06) (pl, ) (Entered: 12/01/2006) |
| 12/01/2006 | ●31 | MEMO ENDORSEMENT on re: 15 MOTION to Dismiss. filed by News Corporation; Endorsement: in view of the grant of the motions to transfer, I do not reach his motion. (Signed by Judge Andrew J. Peck on 11/30/06) (pl, ) (Entered: 12/01/2006) |
| 12/01/2006 | | ***Motion(s) terminated: 15 MOTION to Dismiss. filed by News Corporation,. (pl, ) (Entered: 12/01/2006) |
| 12/01/2006 | ●32 | MEMO ENDORSEMENT on re: 18 MOTION to Transfer Case. filed by News Corporation; the Oral opinion, see record on proceedings, motion granted. The Clerk is directed to transmit all papers in this action to the U.S.D.C. for the Western District of Texas, Austin Division. (Signed by Judge Miriam Goldman Cedarbaum on 11/30/06) (pl, ) (Entered: 12/01/2006) |
| 12/01/2006 | | ***Motion(s) terminated: 18 MOTION to Transfer Case. filed by News Corporation,. (pl, ) (Entered: 12/01/2006) |
| 12/01/2006 | ●33 | MEMO ENDORSEMENT on re: 18 MOTION to Transfer Case. filed by News Corporation; the Oral opinion, see record on proceedings, motion granted. The Clerk is directed to transmit all papers in this action to the U.S.D.C. for the Western District of Texas, Austin Division (Signed by Judge Miriam Goldman Cedarbaum on 11/30/06) (pl, ) (Entered: 12/01/2006) |
| 12/05/2006 | ● | CASHIERS OFFICE REMARK on 25 Order Admitting Attorney Pro |

| | | Hac Vice in the amount of $75.00, paid on 11/27/2006, Receipt Number 597942. (gm) (Entered: 12/05/2006) |