IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE DOE, Individually and as § | |
| Next Friend of JULIE DOE, § | |
|     Plaintiffs, § | |
| § | |
| v. § | Case No. 1:06-cv-00983-SS |
| § | |
| MYSPACE, INC. and § | |
| NEWS CORPORATION, § | |
|     Defendants. § | |

## NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL

Please take notice that the address of Plaintiffs' counsel, Arnold & Itkin LLP, has changed, effective immediately, as follows:

Arnold & Itkin LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

Please direct all future correspondence to this address.

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ *Kurt B. Arnold*

Kurt B. Arnold
State Bar No. 24036150
Admitted to the Western District
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Attorney-in-Charge for Plaintiffs**

**OF COUNSEL:**
Jason A. Itkin
State Bar No. 24032461
Admitted to the Western District
ARNOLD & ITKIN LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

# Certificate of Service

I HEREBY CERTIFY that on January 16, 2007, the *Notice of Change of Address of Plaintiffs' Counsel* was served by ***Electronic File Notice, Certified Mail and Facsimile*** upon:

Clifford Thau
Ari M. Berman
Hillary L. Preston
Ronald Oran
**Vinson & Elkins, L.L.P.**
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Michael D. Marin
Susan Denmon Gusky
Christopher V. Popov
**Vinson & Elkins, L.L.P.**
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
   *Attorneys for Defendant MySpace, Inc.*

Adam J. Loewy
Carl R. Berry
**Barry & Loewy LLP**
One Congress Plaza
111 Congress Avenue, Suite 400
Austin, Texas 78701
   *Attorneys for Plaintiffs*

/s/ *Kurt B. Arnold*
_____
Kurt B. Arnold