IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE DOE, Individually and as §<br>Next Friend of JULIE DOE, §<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>MYSPACE, INC. and §<br>NEWS CORPORATION, §<br>    Defendants. § | Case No. 1:06-cv-00983-SS |

### Order Denying Defendants' Motion to Dismiss

This Honorable Court has considered Defendants' Motion to To Dismiss, Plaintiffs' Response, and subsequent memoranda, and is of the opinion that such Defendants' Motion to Dismiss, should be, and is hereby, **DENIED**.

SIGNED this _____ day of _____, 2007.

_____
Honorable Judge of Court