UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jane Doe | § | |
| | § | CIVIL NO: |
| vs. | § | AU:06-CV-00983-SS |
| | § | |
| Myspace, Inc., News Corporation | § | |

## ORDER SETTING DEFENDANT'S MOTION TO DISMISS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for hearing on **DEFENDANT'S MOTION TO DISMISS** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Friday, January 26, 2007 at 09:00 AM**.

IT IS SO ORDERED this 17th day of January, 2007.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE