IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**JANE DOE, Individually and as Next Friend of**
**JULIE DOE, a minor,**
        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　Case No.  A-06-CA-983-SS

**MYSPACE, INC., and NEWS CORPORATION,**
        **Defendants.**

_____

### ORDER RESETTING HEARING

IT IS ORDERED that, at the request and by agreement of counsel, the hearing scheduled for January 26, 2007, is RESET for hearing on February 1, 2007, at 2:00 p.m. in Courtroom No. 2 of the United States Courthouse, 200 West Eighth Street, Austin, Texas.

SIGNED this the 19th day of January 2007.

_____
UNITED STATES DISTRICT JUDGE