IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and As Next Friend of JULIE DOE, a minor, | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Case No. 1:06-CV-00983-SS |
| MYSPACE, INC., and NEWS CORPORATION, | § § § | |
| *Defendants*. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Clifford Thau, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Defendant MySpace, Inc. and News Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm of Vinson & Elkins L.L.P. with offices at:

    666 Fifth Avenue
    26th Floor
    New York, New York  10103-0040
    Telephone:    (212) 237-0000
    Facsimile:    (212) 237-0100

2. Since 1982, applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 1786102.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| United States District Court Southern District of New York | March 30, 1982 |
| United States District Court Eastern District of New York | March 30, 1982 |
| United States Court of Appeals of the Second Circuit | December 23, 1994 |
| United States Court of Appeals of the Fifth Circuit | October 25, 2006 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   √ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | Michael D. Marin |
   | | Susan Denmon Gusky |
   | | Christopher V. Popov |
   | | Vinson & Elkins L.L.P. |
   | Mailing address: | 2801 Via Fortuna, Suite 100 |
   | City, State, Zip Code: | Austin, Texas 78746 |
   | Telephone: | (512) 542-8659 |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 *pro hac vice* fee to Clerk, U.S. District Court in compliance with Local Court Rule AT-1(f)(1).

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Clifford Thau to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
Clifford Thau

_____
[Signature Name of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23rd day of January, 2007.

_____
Clifford Thau

_____
[Signature Name of Applicant]

Austin 784076v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and<br>As Next Friend of JULIE DOE, a minor,<br><br>*Plaintiffs*,<br><br>vs.<br><br>MYSPACE, INC., and<br>NEWS CORPORATION,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:06-CV-00983-SS |

**ORDER**

BE IT REMEMBERED on this the ____ day of _____, 2007, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Clifford Thau, counsel for MySpace, Inc. and News Corporation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Clifford Thau may appear on behalf of MySpace, Inc. and News Corporation, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE