FILED
2007 JAN 24 PM 4:23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BY _____
          DEPUTY

| | | |
|---|---|---|
| JANE DOE, Individually and | § | |
| As Next Friend of JULIE DOE, a minor, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 1:06-CV-00983-SS |
| | § | |
| MYSPACE, INC., and | § | |
| NEWS CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

BE IT REMEMBERED on this the 23rd day of January 2007, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Clifford Thau, counsel for MySpace, Inc. and News Corporation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Clifford Thau may appear on behalf of MySpace, Inc. and News Corporation, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the 23rd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE