UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JANE DOE, Individually and as
Next Friend of JULIE DOE,

-vs-                                                Case No.: 1:06-cv-00983-SS

MYSPACE, INC. and
NEWS CORPORATION

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Micajah "Caj" D. Boatright__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent __PLAINTIFFS, JANE AND JULIE__ in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    __ARNOLD & ITKIN LLP__,

    with offices at

    Mailing address: __5 Houston Center, 1401 McKinney St., Ste. 2550__

    City, State, Zip Code: __Houston, TX 77010__

    Telephone: __713-222-3800__

    Facsimile: __713-222-3850__

2. Since **2008**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **TEXAS**. Applicant's bar license number is **24036237**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **Eastern District of Texas** | 9/3/03 |
| **Northern District of Texas** | 4/22/04 |
| **5th Circuit Court of Appeals** | 4/20/06 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   **n/a**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   **n/a**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **n/a**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel: **Kurt B. Arnold and Jason A. Itkin**

   Mailing address: **5 Houston Center, 1401 McKinney St., Ste. 2550**

   City, State, Zip Code: **Houston, TX 77010**

   Telephone: **713-222-3800**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

   Wherefore, Applicant prays that this Court enter an order permitting the admission of **Micajah "Caj" D. Boatright** to the Western District of Texas *pro hac vice* for this case only.

   Respectfully submitted,

   **Micajah "Caj" D. Boatright**
   [printed name of Applicant]

   _/s/ Micajah Boatright_
   [signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __8__ day of __Feb.__, __2007__.

_____
Micajah "Caj" D. Boatright
[printed name of Applicant]

_____
[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JANE DOE, Individually and as
Next Friend of JULIE DOE,

-vs-

Case No. 1:06-cv-00983-SS

MYSPACE, INC. and
NEWS CORPORATION

### O R D E R

BE IT REMEMBERED on this the _____ day of _____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Micajah "Caj" D. Boatright**__, counsel for **PLAINTIFFS, JANE AND JULIE**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and __**Micajah "Caj" D. Boatright**__ may appear on behalf of **PLAINTIFFS, JANE AND JULIE** in the above case.

IT IS FURTHER ORDERED that __**Micajah "Caj" D. Boatright**__, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE