Doe v. Myspace, Inc. et al																									Doc. 45

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED 2007 FEB -9 AM 10:44
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

JANE DOE, Individually and as
Next Friend of JULIE DOE,

-vs-                              Case No.  1:06-cv-00983-SS

MYSPACE, INC. and
NEWS CORPORATION

_____

### ORDER

BE IT REMEMBERED on this the 9th day of February 2007, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Micajah "Caj" D. Boatright**, counsel for PLAINTIFFS, JANE AND JULIE, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and **Micajah "Caj" D. Boatright** may appear on behalf of PLAINTIFFS, JANE AND JULIE in the above case.

IT IS FURTHER ORDERED that **Micajah "Caj" D. Boatright**, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the 9th day of February 2007.

_____
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com