IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 FEB 13 PM 3:09

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

JANE DOE, Individually and as Next Friend of
JULIE DOE, a minor,
     Plaintiffs,

-vs-                 Case No. A-06-CA-983-SS

MYSPACE, INC., and NEWS CORPORATION,
     Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on the 13th day of February 2007, the Court entered its order granting Defendants' Motion to Dismiss, and thereafter enters the following final order of dismissal:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs' claims of negligence and gross negligence are DISMISSED WITH PREJUDICE and Plaintiffs' claims of fraud and negligent misrepresentation are DISMISSED WITHOUT PREJUDICE. Defendants MySpace, Inc. and News Corporation shall go hence without delay and with their costs, for which let execution issue against Plaintiffs.

SIGNED this the 13th day of February 2007.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE