Doe v. Myspace, Inc. et al

Doc. 49 Att.

# EXHIBIT A

## Costs

| Distribution ID | Date | Invoice/Receipt No. | Description | Amount |
|---|---|---|---|---|
| **A. Fees of the Clerk** | | | | |
| 12847917 | 10/2/2006 | E592398 | Court Filing Fees (S.D.N.Y.) - Notice of Removal | $350.00 |
| 12898573 | 11/27/2006 | E597942 | Court Filing Fees (S.D.N.Y.) - Motion to Appear Pro Hac Vice - for Michael D. Marin, Susan D. Gusky, and Christopher V. Popov | $75.00 |
| 12986298 | 1/24/2007 | 404728 | Court Filing Fees (W.D. Tex.) - Pro Hac Vice Application for Cliff Thau | $25.00 |
| | | | **Fees of the Clerk:** | **$450.00** |

ORIGINAL-WHITE             DUPLICATE-YELLOW                    TRIPLICATE-PINK

RECEIPT FOR PAYMENT

**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF NEW YORK

E 592398

at

RECEIVED FROM        *Vinson & Elkins*
*O6cv 7880 (MGC)*

| Fund | | |
|------|--|--|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | INVOICE #6434 |
| 085000 | Attorney Admission Fees | DATE/TIME: 10/2/2006 10:01:03 AM |
| 086900 | Filing Fees | CASHIER: Marc #10 |
| 322340 | Sale of Publications | STATION: 02 |
| 322350 | Copy Fees | ======================================= |
| 322360 | Miscellaneous Fees | 1    COMPLAINT 4/06               $350.00 |
| 143500 | Interest | 086900    $60. |
| 322380 | Recoveries of Court Costs | 510000    $190.00 |
| 322386 | Restitution to U.S. Government | 086400 $100 |
| 121000 | Conscience Fund | ======================================= |
| 129900 | Gifts | GRAND TOTAL                       $350.00 |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | Amt Tendered                     $350.00 |
| 510100 | Registry Fee | Change due                         $0.00 |

Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

DEPUTY CLERK: *MGL*

| DATE: | | Cash | Check | M.O. | Credit |
|-------|--|------|-------|------|--------|
| | 20 | | | | |

ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

E 597942

at _____

RECEIVED FROM  *Vinson & Elkins*
*06cv 7880 ProHac/90CF 72390*
*Michael D. Marin  Susan D. Gusky*
*Christopher V. Popov*

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Attorney Admission Fee | |
| 085000 | Immigration Fees | INVOICE #8543 |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | DATE\TIME: 11/27/2006 4:06:37 PM |
| 322350 | Copy Fees | CASHIER: Marc #10 |
| 322360 | Miscellaneous Fees | STATION: 02 |
| 143500 | Interest | =================================== |
| 322380 | Recoveries of Court Cost | PRO HAC                    $75.00 |
| 322386 | Restitution to U.S. Government | 6855XX    $25. |
| 121000 | Conscience Fund | =================================== |
| 129900 | Gifts | GRAND TOTAL                 $75.00 |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

DEPUTY CLERK:  _MQ_

| DATE: | | Cash | Check | M.O. | Credit |
|---|---|---|---|---|---|
| 20 | | | | | |

AO82
(Rev. 4/90)

ORIGINAL

404728

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF TEXAS**
at _Austin_

RECEIVED FROM _Vinson & Elkins_
_2801 Via Fortuna, # 100_
_Austin TX 78746-7568_
_1:06-CV-983_

| Fund | | ACCOUNT | AMOUNT |
|------|--|---------|--------|
| 6855XX | Deposit Funds | 6855XX | 2500 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | TOTAL | 25.00 |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | Case Number or Other Reference | |
| 143500 | Interest | 5:78-LB-000 | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | _motn Pro Hac_ | |
| 121000 | Conscience Fund | _for Cliff Thau_ | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

$____ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn. _982604_

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|------|------|-------|------|--------|--------------|
| 1-24 07 | | X | | | |

# EXHIBIT  B

## Costs

| Distribution ID | Date | Invoice/Receipt No. | Description | Amount |
|---|---|---|---|---|
| **B. Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case** | | | | |
| 12954784 | 12/15/2006 | 0082118-IN | Original Transcript - 11/30/06 Hearing before Judge Cedarbaum (S.D.N.Y) | $91.76 |
| | | | **Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case:** | **$91.76** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0082118-IN |
| INVOICE DATE | 12/15/2006 |
| CUSTOMER NO. | 1006166 |
| WORK ORDER NO. | 52497 |
| SALESPERSON | Mini Branch |

Vinson & Elkins LLP
666 5th Ave
New York, NY 10103

Attention: Ron Oran

---

| Job Date | JANE DOE V MYSPACE, INC. | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. 06CV07880 | | | | | |
| 11/30/2006 | Original | 31 | PGES | At | 2.960 | 91.76 |
| 11/30/2006 | Diskette | 31 | PGES | At | 0.830 | 25.73 |

```
          SALE

    SOUTHERN DISTRICT RPTR
   500 PEARL STREET -RM. 330
      NEW YORK, NY 100070000
       TID: 00000136830

TIME: 03:06 PM        DATE: 12/15/06

MERCHANT #: 6316977529
AX xxxxxxxxxx1009    (KEYED)
INVOICE: 0000025013
APPROVAL CODE: 152132    SEQ: 011

TOTAL AMOUNT    $117.49

        CUSTOMER COPY
```

PAID

| | |
|---|---|
| Net Invoice: | 117.49 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **117.49** |

# EXHIBIT  C

## Costs

| Distribution ID | Date | Invoice/Receipt No. | Description | Amount |
|---|---|---|---|---|
| **C. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case** | | | | |
| 12709534 | 6/21/2006 | 000006953 | Petty Cash - Copies from Travis County District Court of exhibits to original petition (Out of 20 pages total, 9 PAGES @ $.50 / pg = $4.50; out of the $10.00 total) | $4.50 |
| 12802415 | 9/13/2006 | 000002102 | Petty Cash - Copy of Pete Solis criminal case file from Travis County District Court (from inception of case to 9/13/06) | $53.50 |
| 13001941 | 1/24/2007 | 000002699 | Petty Cash - Copy of Pete Solis criminal case file from Travis County District Court (from 9/14/06 to 1/24/07) | $19.50 |
| | | | Internal V&E copy charges from June 2006 to January 2007 | $1,347.90 |
| | | | Internal V&E color copy charges from July 2006 to February 2007 | $555.75 |
| | | | Internal V&E digital copy charges from June 2006 to February 2007 | $154.20 |
| | | | **Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case:** | **$2,135.35** |

802312_3.XLS



**DISTRICT CLERK, TRAVIS COUNTY TEXAS - FAMILY DIVISION**
**AMALIA RODRIGUEZ-MENDOZA**

**RECEIPT #:** F    000006953            **DATE:** 06-21-2006            **TIME:** 09:26:45
**RECEIVED OF:** NEW CUSTOMER                                         **MEMO:**
**PART. ID:** 39886
**BY CLERK:** JONATHAN LONGORIA
**CHECKS:**

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $10.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | AMOUNT |
|-------------|-------|-------------|--------|
| D-1-CP-06-000001 | 520    PMT:COPY CERTIFIED FEES | | $10.00 |
| COPY | | | |
| PARTY: NEW CUSTOMER | | | |

**TOTAL RECEIPT...**            $10.00

FAMILY DIVISION
PLEASE KEEP THIS RECEIPT FOR YOUR RECORDS
STREET ADDRESS:            MAILING ADDRESS:
1000 GUADALUPE, SUITE 308      P.O. BOX 679003
AUSTIN, TX  78701          AUSTIN, TX  78767-9003



**CRIMINAL RECORDS - FRONT COUNTER**
**AMALIA RODRIGUEZ-MENDOZA, TRAVIS COUNTY DISTRICT CLERK**

| | | |
|---|---|---|
| **RECEIPT #: 2**   000002102 | **DATE:** 09-13-2006 | **TIME:** 15:53:52 |
| **RECEIVED OF:** | | **MEMO:** DEB GROOM |
| **PART. ID:** 20370 | | |
| **BY CLERK:** GRACE RAMIREZ | | |
| **CHECKS:** PC  4544 | $53.50 | |

| **CASH** | **CREDIT** | **CHANGE** | **OTHER** |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | AMOUNT |
|---|---|---|---|
| D-1-CP-06-000001 | 521 | PMT:COPY NON CERTIFIED FEES | $53.50 |
| COPY | | | |
| PARTY: BLACKMON SHARON YVONNE | | | |

**TOTAL RECEIPT...**          $53.50

\*   CHECK/CHEQUE IS CONDITIONAL PAYMENT
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

CRIMINAL RECORDS - FRONT COUNTER
PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS
CRIMINAL JUSTICE COMPLEX      MAILING ADDRESS:
509 W. 11TH ST.          P.O. BOX 679004
SUITE 1.400              AUSTIN, TX  78767-9004
AUSTIN, TX  78701



**CRIMINAL RECORDS - FRONT COUNTER**
**AMALIA RODRIGUEZ-MENDOZA, TRAVIS COUNTY DISTRICT CLERK**

**RECEIPT #:** 2    000002699          **DATE:** 01-24-2007          **TIME:** 13:47:09
**RECEIVED OF:** NEW CUSTOMER                                        **MEMO:**
**PART. ID:** 39886
**BY CLERK:** CHRISTINA CASTILLA
**CHECKS:** PC  4628                          $19.50

**CASH**              **CREDIT**              **CHANGE**              **OTHER**
$0.00                 $0.00                   $0.00                   $0.00

| CASE NUMBER | EVENT | COURT/JUDGE | AMOUNT |
|---|---|---|---|
| D-1-CP-07-000001 | 3287  PMT:CRIM NON CERTIFIED COPY | | $19.50 |
| COPY RECEIPTS JANUARY | | | |
| PARTY:  NEW CUSTOMER | | | |

**TOTAL RECEIPT...**          $19.50

\*   CHECK/CHEQUE IS CONDITIONAL PAYMENT
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS
CRIMINAL JUSTICE COMPLEX     MAILING ADDRESS:
509 W. 11TH ST.          P.O. BOX 679004
SUITE 1.400              AUSTIN, TX  78767-9004
AUSTIN, TX  78701

COPIES

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12815020 | 9/27/2006 | COP | 25 | $0.10 | $2.50 |
| 12823875 | 9/29/2006 | COP | 102 | $0.10 | $10.20 |
| 12823884 | 9/29/2006 | COP | 12 | $0.10 | $1.20 |
| 12823885 | 9/29/2006 | COP | 117 | $0.10 | $11.70 |
| 12823886 | 9/29/2006 | COP | 6 | $0.10 | $0.60 |
| 12823894 | 10/2/2006 | COP | 15 | $0.10 | $1.50 |
| 12823895 | 10/2/2006 | COP | 114 | $0.10 | $11.40 |
| 12823905 | 10/2/2006 | COP | 6 | $0.10 | $0.60 |
| 12823906 | 10/2/2006 | COP | 268 | $0.10 | $26.80 |
| 12823907 | 10/2/2006 | COP | 2 | $0.10 | $0.20 |
| 12823911 | 10/3/2006 | COP | 2 | $0.10 | $0.20 |
| 12823935 | 10/3/2006 | COP | 64 | $0.10 | $6.40 |
| 12823937 | 10/3/2006 | COP | 5 | $0.10 | $0.50 |
| 12831250 | 10/10/2006 | COP | 7 | $0.10 | $0.70 |
| 12834958 | 10/13/2006 | COP | 2 | $0.10 | $0.20 |
| 12835004 | 10/13/2006 | COP | 835 | $0.10 | $83.50 |
| 12835016 | 10/13/2006 | COP | 952 | $0.10 | $95.20 |
| 12867180 | 11/2/2006 | COP | 6 | $0.10 | $0.60 |
| 12867181 | 11/2/2006 | COP | 2 | $0.10 | $0.20 |
| 12869649 | 11/6/2006 | COP | 105 | $0.10 | $10.50 |
| 12869657 | 11/6/2006 | COP | 192 | $0.10 | $19.20 |
| 12869672 | 11/6/2006 | COP | 2 | $0.10 | $0.20 |
| 12870294 | 11/6/2006 | COP | 18 | $0.10 | $1.80 |
| 12870295 | 11/6/2006 | COP | 18 | $0.10 | $1.80 |
| 12870296 | 11/6/2006 | COP | 48 | $0.10 | $4.80 |
| 12870297 | 11/6/2006 | COP | 18 | $0.10 | $1.80 |
| 12870298 | 11/6/2006 | COP | 126 | $0.10 | $12.60 |
| 12871319 | 11/7/2006 | COP | 105 | $0.10 | $10.50 |
| 12871336 | 11/7/2006 | COP | 710 | $0.10 | $71.00 |
| 12874502 | 11/8/2006 | COP | 11 | $0.10 | $1.10 |
| 12874701 | 11/8/2006 | COP | 11 | $0.10 | $1.10 |
| 12876683 | 11/9/2006 | COP | 2 | $0.10 | $0.20 |
| 12876747 | 11/9/2006 | COP | 28 | $0.10 | $2.80 |
| 12900324 | 11/27/2006 | COP | 91 | $0.10 | $9.10 |
| 12900334 | 11/27/2006 | COP | 4 | $0.10 | $0.40 |
| 12900374 | 11/27/2006 | COP | 3 | $0.10 | $0.30 |
| 12900392 | 11/27/2006 | COP | 1 | $0.10 | $0.10 |
| 12900454 | 11/27/2006 | COP | 96 | $0.10 | $9.60 |
| 12900714 | 11/27/2006 | COP | 10 | $0.10 | $1.00 |
| 12900715 | 11/27/2006 | COP | 10 | $0.10 | $1.00 |
| 12900716 | 11/27/2006 | COP | 5 | $0.10 | $0.50 |
| 12900719 | 11/27/2006 | COP | 5 | $0.10 | $0.50 |
| 12900720 | 11/27/2006 | COP | 5 | $0.10 | $0.50 |
| 12901291 | 11/27/2006 | COP | 24 | $0.10 | $2.40 |
| 12901400 | 11/27/2006 | COP | 21 | $0.10 | $2.10 |
| 12901401 | 11/27/2006 | COP | 1 | $0.10 | $0.10 |
| 12901402 | 11/27/2006 | COP | 2 | $0.10 | $0.20 |
| 12901404 | 11/27/2006 | COP | 3 | $0.10 | $0.30 |
| 12901405 | 11/27/2006 | COP | 3 | $0.10 | $0.30 |
| 12902311 | 11/28/2006 | COP | 38 | $0.10 | $3.80 |
| 12902676 | 11/28/2006 | COP | 55 | $0.10 | $5.50 |
| 12902762 | 11/28/2006 | COP | 160 | $0.10 | $16.00 |
| 12902796 | 11/28/2006 | COP | 15 | $0.10 | $1.50 |
| 12902799 | 11/28/2006 | COP | 130 | $0.10 | $13.00 |

**COPIES**

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12902919 | 11/28/2006 | COP | 10 | $0.10 | $1.00 |
| 12903052 | 11/28/2006 | COP | 5 | $0.10 | $0.50 |
| 12903053 | 11/28/2006 | COP | 5 | $0.10 | $0.50 |
| 12903054 | 11/28/2006 | COP | 1 | $0.10 | $0.10 |
| 12903875 | 11/29/2006 | COP | 92 | $0.10 | $9.20 |
| 12903880 | 11/29/2006 | COP | 9 | $0.10 | $0.90 |
| 12903888 | 11/29/2006 | COP | 96 | $0.10 | $9.60 |
| 12944479 | 12/20/2006 | COP | 31 | $0.10 | $3.10 |
| 12995507 | 1/24/2007 | COP | 62 | $0.10 | $6.20 |
| 12733225 | 6/23/2006 | COPC | 32 | $0.10 | $3.20 |
| 12695942 | 6/26/2006 | COPC | 1 | $0.10 | $0.10 |
| 12695955 | 6/26/2006 | COPC | 4 | $0.10 | $0.40 |
| 12733253 | 6/26/2006 | COPC | 66 | $0.10 | $6.60 |
| 12733254 | 6/26/2006 | COPC | 2 | $0.10 | $0.20 |
| 12697015 | 6/27/2006 | COPC | 410 | $0.10 | $41.00 |
| 12733256 | 6/28/2006 | COPC | 168 | $0.10 | $16.80 |
| 12733275 | 6/30/2006 | COPC | 6 | $0.10 | $0.60 |
| 12733276 | 6/30/2006 | COPC | 45 | $0.10 | $4.50 |
| 12721064 | 7/14/2006 | COPC | 410 | $0.10 | $41.00 |
| 12721218 | 7/14/2006 | COPC | 72 | $0.10 | $7.20 |
| 12721234 | 7/14/2006 | COPC | 172 | $0.10 | $17.20 |
| 12721274 | 7/14/2006 | COPC | 896 | $0.10 | $89.60 |
| 12733368 | 7/14/2006 | COPC | 27 | $0.10 | $2.70 |
| 12733470 | 7/21/2006 | COPC | 23 | $0.10 | $2.30 |
| 12731336 | 7/24/2006 | COPC | 46 | $0.10 | $4.60 |
| 12731401 | 7/24/2006 | COPC | 19 | $0.10 | $1.90 |
| 12731766 | 7/24/2006 | COPC | 23 | $0.10 | $2.30 |
| 12733822 | 7/25/2006 | COPC | 876 | $0.10 | $87.60 |
| 12733823 | 7/25/2006 | COPC | 36 | $0.10 | $3.60 |
| 12738259 | 7/27/2006 | COPC | 1 | $0.10 | $0.10 |
| 12738266 | 7/27/2006 | COPC | 3 | $0.10 | $0.30 |
| 12738274 | 7/27/2006 | COPC | 2 | $0.10 | $0.20 |
| 12738282 | 7/27/2006 | COPC | 3 | $0.10 | $0.30 |
| 12743193 | 8/1/2006 | COPC | 60 | $0.10 | $6.00 |
| 12748570 | 8/4/2006 | COPC | 135 | $0.10 | $13.50 |
| 12752919 | 8/9/2006 | COPC | 8 | $0.10 | $0.80 |
| 12752988 | 8/9/2006 | COPC | 1 | $0.10 | $0.10 |
| 12753273 | 8/9/2006 | COPC | 5 | $0.10 | $0.50 |
| 12756239 | 8/11/2006 | COPC | 26 | $0.10 | $2.60 |
| 12756241 | 8/11/2006 | COPC | 7 | $0.10 | $0.70 |
| 12756242 | 8/11/2006 | COPC | 7 | $0.10 | $0.70 |
| 12756289 | 8/11/2006 | COPC | 4 | $0.10 | $0.40 |
| 12756337 | 8/11/2006 | COPC | 34 | $0.10 | $3.40 |
| 12757517 | 8/14/2006 | COPC | 206 | $0.10 | $20.60 |
| 12757869 | 8/14/2006 | COPC | 100 | $0.10 | $10.00 |
| 12758043 | 8/14/2006 | COPC | 34 | $0.10 | $3.40 |
| 12758044 | 8/14/2006 | COPC | 24 | $0.10 | $2.40 |
| 12760252 | 8/16/2006 | COPC | 2 | $0.10 | $0.20 |
| 12760413 | 8/16/2006 | COPC | 4 | $0.10 | $0.40 |
| 12768622 | 8/22/2006 | COPC | 9 | $0.10 | $0.90 |
| 12781361 | 8/31/2006 | COPC | 14 | $0.10 | $1.40 |
| 12781509 | 8/31/2006 | COPC | 8 | $0.10 | $0.80 |
| 12781531 | 8/31/2006 | COPC | 26 | $0.10 | $2.60 |
| 12783772 | 9/1/2006 | COPC | 306 | $0.10 | $30.60 |

COPIES

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12783832 | 9/1/2006 | COPC | 230 | $0.10 | $23.00 |
| 12784308 | 9/5/2006 | COPC | 36 | $0.10 | $3.60 |
| 12784368 | 9/5/2006 | COPC | 8 | $0.10 | $0.80 |
| 12786878 | 9/6/2006 | COPC | 3 | $0.10 | $0.30 |
| 12792373 | 9/11/2006 | COPC | 24 | $0.10 | $2.40 |
| 12792379 | 9/11/2006 | COPC | 12 | $0.10 | $1.20 |
| 12792522 | 9/11/2006 | COPC | 1 | $0.10 | $0.10 |
| 12793601 | 9/12/2006 | COPC | 1 | $0.10 | $0.10 |
| 12797329 | 9/14/2006 | COPC | 397 | $0.10 | $39.70 |
| 12804245 | 9/20/2006 | COPC | 2 | $0.10 | $0.20 |
| 12807178 | 9/21/2006 | COPC | 1 | $0.10 | $0.10 |
| 12813075 | 9/26/2006 | COPC | 5 | $0.10 | $0.50 |
| 12813097 | 9/26/2006 | COPC | 1 | $0.10 | $0.10 |
| 12813111 | 9/26/2006 | COPC | 90 | $0.10 | $9.00 |
| 12813134 | 9/26/2006 | COPC | 2 | $0.10 | $0.20 |
| 12813163 | 9/26/2006 | COPC | 28 | $0.10 | $2.80 |
| 12813210 | 9/26/2006 | COPC | 1104 | $0.10 | $110.40 |
| 12820803 | 10/2/2006 | COPC | 32 | $0.10 | $3.20 |
| 12822011 | 10/3/2006 | COPC | 2 | $0.10 | $0.20 |
| 12827293 | 10/5/2006 | COPC | 34 | $0.10 | $3.40 |
| 12827357 | 10/5/2006 | COPC | 66 | $0.10 | $6.60 |
| 12828771 | 10/6/2006 | COPC | 1 | $0.10 | $0.10 |
| 12828878 | 10/6/2006 | COPC | 111 | $0.10 | $11.10 |
| 12830190 | 10/9/2006 | COPC | 4 | $0.10 | $0.40 |
| 12830194 | 10/10/2006 | COPC | 27 | $0.10 | $2.70 |
| 12831125 | 10/10/2006 | COPC | 2 | $0.10 | $0.20 |
| 12831234 | 10/10/2006 | COPC | 2 | $0.10 | $0.20 |
| 12831259 | 10/10/2006 | COPC | 318 | $0.10 | $31.80 |
| 12832340 | 10/11/2006 | COPC | 4 | $0.10 | $0.40 |
| 12835014 | 10/13/2006 | COPC | 1092 | $0.10 | $109.20 |
| 12841475 | 10/18/2006 | COPC | 14 | $0.10 | $1.40 |
| 12841651 | 10/18/2006 | COPC | 63 | $0.10 | $6.30 |
| 12871411 | 11/7/2006 | COPC | 359 | $0.10 | $35.90 |
| 12993639 | 1/24/2007 | COPC | 111 | $0.10 | $11.10 |
| | | Total: | 13,479.00 | | $1,347.90 |

## COLOR COPIES

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12717821 | 7/13/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730514 | 7/20/2006 | COPDCL | 11 | $0.65 | $7.15 |
| 12730515 | 7/20/2006 | COPDCL | 6 | $0.65 | $3.90 |
| 12730516 | 7/20/2006 | COPDCL | 1 | $0.65 | $0.65 |
| 12730517 | 7/20/2006 | COPDCL | 1 | $0.65 | $0.65 |
| 12730518 | 7/20/2006 | COPDCL | 5 | $0.65 | $3.25 |
| 12730519 | 7/20/2006 | COPDCL | 4 | $0.65 | $2.60 |
| 12730520 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730521 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730522 | 7/20/2006 | COPDCL | 35 | $0.65 | $22.75 |
| 12730523 | 7/20/2006 | COPDCL | 17 | $0.65 | $11.05 |
| 12730524 | 7/20/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12730525 | 7/20/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12730526 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730527 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730528 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730529 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730530 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730531 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730532 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730533 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730534 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730535 | 7/20/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12730537 | 7/20/2006 | COPDCL | 8 | $0.65 | $5.20 |
| 12730538 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730539 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730540 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730541 | 7/20/2006 | COPDCL | 4 | $0.65 | $2.60 |
| 12730542 | 7/20/2006 | COPDCL | 7 | $0.65 | $4.55 |
| 12730543 | 7/20/2006 | COPDCL | 1 | $0.65 | $0.65 |
| 12730544 | 7/20/2006 | COPDCL | 35 | $0.65 | $22.75 |
| 12730545 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730546 | 7/20/2006 | COPDCL | 7 | $0.65 | $4.55 |
| 12730548 | 7/20/2006 | COPDCL | 15 | $0.65 | $9.75 |
| 12730549 | 7/20/2006 | COPDCL | 4 | $0.65 | $2.60 |
| 12730550 | 7/20/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12730551 | 7/20/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12730552 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730553 | 7/20/2006 | COPDCL | 3 | $0.65 | $1.95 |
| 12730554 | 7/20/2006 | COPDCL | 1 | $0.65 | $0.65 |
| 12730555 | 7/20/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12730556 | 7/20/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12730557 | 7/20/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12731004 | 7/21/2006 | COPDCL | 5 | $0.65 | $3.25 |
| 12731005 | 7/21/2006 | COPDCL | 5 | $0.65 | $3.25 |
| 12731006 | 7/21/2006 | COPDCL | 5 | $0.65 | $3.25 |
| 12731007 | 7/21/2006 | COPDCL | 5 | $0.65 | $3.25 |
| 12731008 | 7/21/2006 | COPDCL | 5 | $0.65 | $3.25 |
| 12731204 | 7/23/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12731205 | 7/23/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12731206 | 7/23/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12731207 | 7/23/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12731208 | 7/23/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12731209 | 7/23/2006 | COPDCL | 7 | $0.65 | $4.55 |

### COLOR COPIES

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12731210 | 7/23/2006 | COPDCL | 17 | $0.65 | $11.05 |
| 12731211 | 7/23/2006 | COPDCL | 24 | $0.65 | $15.60 |
| 12732252 | 7/24/2006 | COPDCL | 2 | $0.65 | $1.30 |
| 12732253 | 7/24/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12734908 | 7/25/2006 | COPDCL | 70 | $0.65 | $45.50 |
| 12734909 | 7/25/2006 | COPDCL | 24 | $0.65 | $15.60 |
| 12734910 | 7/25/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12734911 | 7/25/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12734912 | 7/25/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12734913 | 7/25/2006 | COPDCL | 13 | $0.65 | $8.45 |
| 12734914 | 7/25/2006 | COPDCL | 26 | $0.65 | $16.90 |
| 12734915 | 7/25/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12734916 | 7/25/2006 | COPDCL | 12 | $0.65 | $7.80 |
| 12734917 | 7/25/2006 | COPDCL | 24 | $0.65 | $15.60 |
| 12734918 | 7/25/2006 | COPDCL | 14 | $0.65 | $9.10 |
| 12734919 | 7/25/2006 | COPDCL | 34 | $0.65 | $22.10 |
| 12734920 | 7/25/2006 | COPDCL | 48 | $0.65 | $31.20 |
| 12734924 | 7/25/2006 | COPDCL | 30 | $0.65 | $19.50 |
| 12963659 | 1/4/2007 | COPDCL | 1 | $0.65 | $0.65 |
| 13007986 | 1/30/2007 | COPDCL | 1 | $0.65 | $0.65 |
| 13007988 | 1/30/2007 | COPDCL | 1 | $0.65 | $0.65 |
| 13007989 | 1/30/2007 | COPDCL | 3 | $0.65 | $1.95 |
| 13007990 | 1/30/2007 | COPDCL | 1 | $0.65 | $0.65 |
| 13007991 | 1/30/2007 | COPDCL | 1 | $0.65 | $0.65 |
| 13007992 | 1/30/2007 | COPDCL | 1 | $0.65 | $0.65 |
| 13007993 | 1/30/2007 | COPDCL | 12 | $0.65 | $7.80 |
| 13008408 | 1/31/2007 | COPDCL | 27 | $0.65 | $17.55 |
| 13008409 | 1/31/2007 | COPDCL | 5 | $0.65 | $3.25 |
| 13014085 | 2/1/2007 | COPDCL | 14 | $0.65 | $9.10 |
| | | Total: | 855 | | $555.75 |

**DIGITAL COPIES**

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12696724 | 6/26/2006 | COPDIG | 7 | $0.10 | $0.70 |
| 12699871 | 6/28/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12699872 | 6/28/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12717820 | 7/13/2006 | COPDIG | 12 | $0.10 | $1.20 |
| 12718961 | 7/14/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12718962 | 7/14/2006 | COPDIG | 8 | $0.10 | $0.80 |
| 12718963 | 7/14/2006 | COPDIG | 8 | $0.10 | $0.80 |
| 12730536 | 7/20/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12730547 | 7/20/2006 | COPDIG | 7 | $0.10 | $0.70 |
| 12730558 | 7/20/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12731009 | 7/21/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12734906 | 7/25/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12734907 | 7/25/2006 | COPDIG | 32 | $0.10 | $3.20 |
| 12734921 | 7/25/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12734922 | 7/25/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12734923 | 7/25/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12737221 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12737222 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12737223 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12737224 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12737225 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12737226 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12737227 | 7/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12739513 | 7/27/2006 | COPDIG | 30 | $0.10 | $3.00 |
| 12739514 | 7/27/2006 | COPDIG | 34 | $0.10 | $3.40 |
| 12739515 | 7/27/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12742710 | 7/31/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12750693 | 8/7/2006 | COPDIG | 12 | $0.10 | $1.20 |
| 12750694 | 8/7/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12750695 | 8/7/2006 | COPDIG | 10 | $0.10 | $1.00 |
| 12756945 | 8/11/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12756946 | 8/11/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12758735 | 8/14/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12758736 | 8/14/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12758737 | 8/14/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12758738 | 8/14/2006 | COPDIG | 4 | $0.10 | $0.40 |
| 12772880 | 8/22/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12772881 | 8/22/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12772882 | 8/22/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12772883 | 8/22/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12772884 | 8/22/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12782990 | 8/31/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12785080 | 9/1/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12803653 | 9/19/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12803654 | 9/19/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12803655 | 9/19/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12803656 | 9/19/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12803657 | 9/19/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12806887 | 9/20/2006 | COPDIG | 4 | $0.10 | $0.40 |
| 12814478 | 9/26/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12820252 | 9/29/2006 | COPDIG | 12 | $0.10 | $1.20 |
| 12820253 | 9/29/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12826331 | 10/2/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12826332 | 10/2/2006 | COPDIG | 6 | $0.10 | $0.60 |

## DIGITAL COPIES

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12826334 | 10/3/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12830860 | 10/9/2006 | COPDIG | 19 | $0.10 | $1.90 |
| 12833710 | 10/10/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12833711 | 10/10/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12833712 | 10/10/2006 | COPDIG | 4 | $0.10 | $0.40 |
| 12833713 | 10/10/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12833714 | 10/10/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12833715 | 10/10/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12833716 | 10/10/2006 | COPDIG | 10 | $0.10 | $1.00 |
| 12834114 | 10/11/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12834115 | 10/11/2006 | COPDIG | 41 | $0.10 | $4.10 |
| 12834116 | 10/11/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12834117 | 10/11/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12835728 | 10/12/2006 | COPDIG | 24 | $0.10 | $2.40 |
| 12835729 | 10/12/2006 | COPDIG | 48 | $0.10 | $4.80 |
| 12835730 | 10/12/2006 | COPDIG | 24 | $0.10 | $2.40 |
| 12835731 | 10/12/2006 | COPDIG | 24 | $0.10 | $2.40 |
| 12835732 | 10/12/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12836036 | 10/13/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12836037 | 10/13/2006 | COPDIG | 5 | $0.10 | $0.50 |
| 12836038 | 10/13/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12836039 | 10/13/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12838279 | 10/16/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12843003 | 10/18/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12843004 | 10/18/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12843005 | 10/18/2006 | COPDIG | 7 | $0.10 | $0.70 |
| 12843006 | 10/18/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12843007 | 10/18/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12852562 | 10/23/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12852563 | 10/25/2006 | COPDIG | 8 | $0.10 | $0.80 |
| 12857748 | 10/26/2006 | COPDIG | 8 | $0.10 | $0.80 |
| 12860143 | 10/27/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12878088 | 11/8/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12878868 | 11/9/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12878869 | 11/9/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12878870 | 11/9/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12878871 | 11/9/2006 | COPDIG | 3 | $0.10 | $0.30 |
| 12880509 | 11/10/2006 | COPDIG | 12 | $0.10 | $1.20 |
| 12880510 | 11/10/2006 | COPDIG | 12 | $0.10 | $1.20 |
| 12880511 | 11/10/2006 | COPDIG | 9 | $0.10 | $0.90 |
| 12882942 | 11/13/2006 | COPDIG | 26 | $0.10 | $2.60 |
| 12882943 | 11/13/2006 | COPDIG | 24 | $0.10 | $2.40 |
| 12882944 | 11/13/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12882945 | 11/13/2006 | COPDIG | 18 | $0.10 | $1.80 |
| 12882946 | 11/13/2006 | COPDIG | 18 | $0.10 | $1.80 |
| 12882947 | 11/13/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12882948 | 11/13/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12901865 | 11/27/2006 | COPDIG | 25 | $0.10 | $2.50 |
| 12901866 | 11/27/2006 | COPDIG | 15 | $0.10 | $1.50 |
| 12901867 | 11/27/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12908602 | 11/28/2006 | COPDIG | 1 | $0.10 | $0.10 |
| 12908603 | 11/28/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12908604 | 11/29/2006 | COPDIG | 40 | $0.10 | $4.00 |
| 12908605 | 11/29/2006 | COPDIG | 153 | $0.10 | $15.30 |

**DIGITAL COPIES**

| Distribution ID | Date | Cost Code | Base Quantity | Per Page | Amount |
|---|---|---|---|---|---|
| 12908606 | 11/29/2006 | COPDIG | 9 | $0.10 | $0.90 |
| 12908607 | 11/29/2006 | COPDIG | 6 | $0.10 | $0.60 |
| 12909128 | 11/30/2006 | COPDIG | 2 | $0.10 | $0.20 |
| 12959434 | 1/2/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 12981219 | 1/18/2007 | COPDIG | 69 | $0.10 | $6.90 |
| 12981220 | 1/18/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 12981222 | 1/18/2007 | COPDIG | 9 | $0.10 | $0.90 |
| 12981223 | 1/18/2007 | COPDIG | 44 | $0.10 | $4.40 |
| 12981397 | 1/18/2007 | COPDIG | 19 | $0.10 | $1.90 |
| 12982967 | 1/18/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 12982968 | 1/18/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 12982969 | 1/18/2007 | COPDIG | 4 | $0.10 | $0.40 |
| 12982970 | 1/18/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 12982971 | 1/18/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 12991800 | 1/23/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 12991502 | 1/24/2007 | COPDIG | 5 | $0.10 | $0.50 |
| 12994761 | 1/24/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 12996204 | 1/25/2007 | COPDIG | 31 | $0.10 | $3.10 |
| 13002450 | 1/29/2007 | COPDIG | 14 | $0.10 | $1.40 |
| 13002452 | 1/29/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 13002453 | 1/29/2007 | COPDIG | 8 | $0.10 | $0.80 |
| 13002459 | 1/29/2007 | COPDIG | 16 | $0.10 | $1.60 |
| 13002479 | 1/29/2007 | COPDIG | 8 | $0.10 | $0.80 |
| 13003143 | 1/30/2007 | COPDIG | 24 | $0.10 | $2.40 |
| 13005618 | 1/30/2007 | COPDIG | 22 | $0.10 | $2.20 |
| 13007987 | 1/30/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 13007055 | 1/31/2007 | COPDIG | 70 | $0.10 | $7.00 |
| 13007059 | 1/31/2007 | COPDIG | 62 | $0.10 | $6.20 |
| 13007071 | 1/31/2007 | COPDIG | 4 | $0.10 | $0.40 |
| 13007072 | 1/31/2007 | COPDIG | 7 | $0.10 | $0.70 |
| 13007076 | 1/31/2007 | COPDIG | 8 | $0.10 | $0.80 |
| 13007078 | 1/31/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 13007082 | 1/31/2007 | COPDIG | 84 | $0.10 | $8.40 |
| 13007117 | 1/31/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 13007121 | 1/31/2007 | COPDIG | 24 | $0.10 | $2.40 |
| 13007124 | 1/31/2007 | COPDIG | 24 | $0.10 | $2.40 |
| 13007125 | 1/31/2007 | COPDIG | 21 | $0.10 | $2.10 |
| 13007126 | 1/31/2007 | COPDIG | 8 | $0.10 | $0.80 |
| 13009381 | 2/1/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 13009382 | 2/1/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 13009384 | 2/1/2007 | COPDIG | 2 | $0.10 | $0.20 |
| 13009611 | 2/1/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 13010031 | 2/1/2007 | COPDIG | 1 | $0.10 | $0.10 |
| 13014084 | 2/1/2007 | COPDIG | 2 | $0.10 | $0.20 |
| | | Total: | 1,542 | | $154.20 |