IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE DOE, Individually and as §<br>Next Friend of JULIE DOE, §<br>　　Plaintiffs, §<br>§<br>v. §<br>§<br>MYSPACE, INC. and §<br>NEWS CORPORATION, §<br>　　Defendants. § | Case No. 1:06-cv-00983-SS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jane Doe, Individually and as Next Friend of Julie Doe ("Plaintiffs"), appeal to the United States Court of Appeals for the Fifth Circuit from the *Order of Dismissal* entered by this Court on February 13, 2007, including the Court's *Order* dated February 13, 2007.

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ *Kurt B. Arnold*

---

Kurt B. Arnold
State Bar No. 24036150
Admitted to the Western District
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Attorney-in-Charge for Plaintiffs**

**OF COUNSEL:**

Jason A. Itkin
State Bar No. 24032461
Caj D. Boatright
State Bar No. 24036237
ARNOLD & ITKIN LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

Adam J. Loewy
Carl R. Barry
**Barry & Loewy LLP**
One Congress Plaza
111 Congress Avenue, Suite 400
Austin, Texas 78701

## Certificate of Service

I HEREBY CERTIFY that on March 12, 2007, the *Plaintiffs' Notice of Appeal* was served by ***Electronic File Notice, Certified Mail and Facsimile*** upon:

Clifford Thau
Ari M. Berman
Hillary L. Preston
Ronald Oran
**Vinson & Elkins, L.L.P.**
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Michael D. Marin
Susan Denmon Gusky
Christopher V. Popov
**Vinson & Elkins, L.L.P.**
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
   ***Attorneys for Defendant Myspace, Inc.***

/s/ *Kurt B. Arnold*
_____
Kurt B. Arnold