IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE DOE, Individually and as §<br>Next Friend of JULIE DOE, §<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>MYSPACE, INC. and §<br>NEWS CORPORATION, §<br>    Defendants. § | Case No. 1:06-cv-00983-SS |

ORDER DENYING DEFENDANTS' REQUEST FOR BILL OF COSTS

This Honorable Court has considered Defendants' Bill of Costs and Plaintiffs' Response, and is of the opinion that such Defendants' Request for Bill of Costs, should be, and is hereby, **DENIED**.

SIGNED this _____ day of _____, 2007.

_____
Honorable Judge of Court