IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

| | |
|---|---|
| JANE DOE, Individually and as Next Friend of JULIE DOE,<br>Plaintiffs,<br><br>v.<br><br>MYSPACE, INC. and NEWS CORPORATION,<br>Defendants. | §§§§§§§§§ Case No. 1:06-cv-00983-SS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jane Doe, Individually and as Next Friend of Julie Doe ("Plaintiffs"), appeal to the United States Court of Appeals for the Fifth Circuit from the *Order of Dismissal* entered by this Court on February 13, 2007, including the Court's *Order* dated February 13, 2007.

Respectfully submitted,

ARNOLD & ITKIN LLP

_____
Kurt B. Arnold
State Bar No. 24036150
Admitted to the Western District
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Attorney-in-Charge for Plaintiffs**

**OF COUNSEL:**
Jason A. Itkin
State Bar No. 24032461
Caj D. Boatright
State Bar No. 24036237
ARNOLD & ITKIN LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

Adam J. Loewy
Carl R. Barry
**Barry & Loewy LLP**
One Congress Plaza
111 Congress Avenue, Suite 400
Austin, Texas 78701

## Certificate of Service

I HEREBY CERTIFY that on March 13, 2007, the *Plaintiffs' Notice of Appeal* was served by *Certified Mail and Facsimile* upon:

Clifford Thau
Ari M. Berman
Hillary L. Preston
Ronald Oran
**Vinson & Elkins, L.L.P.**
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Michael D. Marin
Susan Denmon Gusky
Christopher V. Popov
**Vinson & Elkins, L.L.P.**
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
   **Attorneys for Defendant Myspace, Inc.**

_____
Kurt B. Arnold

AO82
(Rev. 4/90)

ORIGINAL

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**

405448

at _Austin_

RECEIVED FROM _Barry + Loewy LLP_
_111 Congress Ave. Ste 400_
_Austin, TX 78701_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | 5.00 |
| 604700 | Registry Funds | 086900 | 100.00 |
| | General and Special Funds | | |
| 508800 | Immigration Fees | 510000 | 150.00 |
| 085000 | Attorney Admission Fees | 086900 | 200.00 |
| 086900 | Filing Fees | TOTAL | 455.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Case Number or Other Reference: _1:06-CV-983_

_Notice of Appeal by Jane Doe_
_Jane Doe v. Myspace Inc_

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn. #3032

DATE _3/13/07_  Check ✓  DEPUTY CLERK: _[signature]_