**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

March 14, 2007

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Ap peals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      RE:    USCA#:   /   USDC#: A:06CV983-SS
              JANE DOE  vs.  MYSPACE, INC., et. al.

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the  notice of appeal (dkt. #53) and docket entries. |
| ___ | Certified copies of the notice of cross-appeal  and docket entries. |
| ___ | Record on appeal consisting of: |
| ___ | Supplemental record on appeal consisting of: |
| ___ | Copy of CJA-20 appointing counsel or order appointing Federal Public Defender. |
| ___ | Other: |

In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| ___ | The case IS proceeding IN FORMA PAUPERIS. |
| X | * The filing fee  X  HAS  __ HAS NOT been paid. |
| ___ | * Motion for IFP  pending. |
| X | The *DISTRICT* Judge entering the order/judgment being appealed is: **SAM SPARKS** |
| ___ | This case was decided without a hearing, and therefore there will be no transcript. |
| X | The Court Reporter assigned to this case is: LILY REZNIK, (512) 916-5564 |

Sincerely,

/s/

Margarita Chairez-Herrington, Deputy Clerk
Enc.
cc: Counsel of record w/o enclosure