**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

May 9, 2007

Kathy Fischer
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568

RE:    USCA#: 07-50345    /    USDC#: A:06CV983 SS
       JANE DOE, ET. AL. VS. MYSPACE, INC., ET. AL.

Dear Attorney:

In connection with this appeal, the following documents are transmitted to you for the preparation of your appellate brief. Please acknowledge receipt of the record on the attached form and return it to this office in the envelope provided.

| X | Record on Appeal consisting of : 1 vol. **electronic** record, 1 vol. of transcript, 1 vol. container to attachments (doc. #1) |
|---|---|
|   | Supplemental record, including updated docket entries - |

*\*Copies of SEALED PSI Reports AND/OR Statement of Reasons are only sent if requested by the attorney.  To receive a copy of the aforementioned documents, please submit a request to me in writing with a self-addressed stamped envelop.\**

*\*\*Any request to view other sealed documents (other than those mentioned above) must be submitted to the Fifth Circuit for their approval.\*\**

When you have completed your use of this appellate record, please follow any instructions provided by the Fifth Circuit in their transmittal letter to you.

NOTE: *If you forward the Certified Record on Appeal to another party, please include the Attorney Acknowledgment Receipt - Forwarded Attorney with the appellate record. This will allow that attorney to acknowledge receipt of the appellate record.*

If you have any questions, feel free to contact me at (512) 916-5896 ext. 228.

Sincerely,

/s/

Margarita Chairez-Herrington, Deputy Clerk
Enc.

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

## Attorney Acknowledgment Receipt

RE:   USCA#: 07-50345   /   USDC#: A:06CV983 SS
       JANE DOE, ET. AL. VS. MYSPACE, INC., ET. AL.

I hereby acknowledge receipt of the above-referenced Certified Appeal Record.

_____                    _____
Name/Firm Name                                             Date

_____
Address

_____
Telephone

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

# Attorney Notice of Forwarding Certified Appeal Record

RE:   USCA#: 07-50345   /   USDC#: A:06CV983 SS
      JANE DOE, ET. AL. VS. MYSPACE, INC., ET. AL.

I hereby forward the above-referenced Certified Appeal Record to:

*Forwarded Attorney Information:*

_____
Name/Firm Name

_____
Address

_____
Telephone

*Forwarding Attorney Information*

_____                    _____
Name/Firm Name                                             Date

_____
Address

_____
Telephone

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

# Attorney Acknowledgment Receipt - Forwarded Attorney

*If you received the Certified Appeal Record from another party in this case, please complete this receipt and return it to the District Clerk's office.*

RE:   USCA#: 07-50345   /   USDC#: A:06CV983 SS
JANE DOE, ET. AL. VS. MYSPACE, INC., ET. AL.

I hereby acknowledge receipt of the above-referenced Certified Appeal Record.

_____                    _____
Name/Firm Name                                              Date

_____
Address

_____
Telephone