

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896



FILED
MAY 11 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Attorney Acknowledgment Receipt

RE:   USCA#: 07-50345   /   USDC#: A:06CV983 SS
      JANE DOE, ET. AL. VS. MYSPACE, INC., ET. AL.

I hereby acknowledge receipt of the above-referenced Certified Appeal Record.

Kathy Fischer / Vinson + Elkins, L.L.P.
Name/Firm Name

2801 Via Fortuna, Suite 100, Austin, TX 78746
Address

(512) 542-8457
Telephone

05/09/07
Date