UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

**FILED**
MAY 18 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## Attorney Notice of Forwarding Certified Appeal Record

RE:   USCA#: 07-50345   /   USDC#: A:06CV983 SS
      JANE DOE, ET. AL. VS. MYSPACE, INC., ET. AL.

I hereby forward the above-referenced Certified Appeal Record to:

*Forwarded Attorney Information:*

Jason A. Itkin / Arnold + Itkin LLP
Name/Firm Name

1401 McKinney St., Ste. 2550, Houston, TX 77010
Address

(713) 222-3800
Telephone

*Forwarding Attorney Information*

Christopher Popov / Vinson + Elkins LLP
Name/Firm Name

2801 Via Fortuna, Ste 100, Austin, TX 78746
Address

(512) 542-9636
Telephone

5/17/07
Date