Doe v. Myspace, Inc. et al                                                                 Doc. 59

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

FILED
SEP 24 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

RECEIVED
SEP 24 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

September 14, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 07-50345 Doe v. Myspace Inc
USDC No. 1:06-CV-983

The court has granted appellees' unopposed motion to supplement or correct the record in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _Gina Randazzo Martin_
Gina Randazzo Martin, Deputy Clerk
504-310-7687

Mr Micajah Boatright
Mr Gregory Scott Coleman
Mr Thomas S Leatherbury
Mr Michael D Marin
Mr Harry M Reasoner
Mr Clifford Thau
Mr William Putnicki, Clerk

MOT-2

Dockets.Justia.com